UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY D. KYLES,

      Plaintiff,    No. 14-CV-11907

vs.             Hon. Gerald E. Rosen

KEEFE COMMISSARY NETWORK, LLC
d/b/a KEEFE GROUP and ACCESS
SECUREPAK,

      Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on April 13, 2015

    PRESENT:  Honorable Gerald E. Rosen
           United States District Chief Judge

  This matter having come before the Court on the March 24, 2015 Report and Recommendation of United States Magistrate Judge David R Grand recommending that the Court grant Defendant's Motion for Summary Judgment and dismiss Plaintiff's Complaint, in its entirety, with prejudice; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of March 24, 2015 **[Dkt. # 18]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment **[Dkt. # 14]** is GRANTED and Plaintiff's Complaint is hereby DISMISSED in its entirety, with prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  April 13, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2015, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135